UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RAED ALTURK,**<br>　　　**Plaintiff,**<br>v.<br><br>**DONALD FERGUSON, Interim District Director, Chicago District Office, U.S. Citizenship & Immigration Services, and ROBERT MUELLER, Director, Federal Bureau of Investigations**<br>　　　**Defendants** | Case No.:<br><br>File No.: A# 075921271<br><br>FILED: MAY 30, 2008<br>08CV3145　　　TC<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE SCHENKIER |

## PETITION FOR WRIT OF MANDAMUS

Plaintiff, RAED ALTURK, by and through, REEM H. ODEH, of the LAW OFFICES OF BRODSKY & ODEH and hereby petitions this Honorable Court for a Writ of Mandamus directing the U.S. Citizenship & Immigration Services (hereinafter "USCIS"), and the Federal Bureau of Investigations (hereinafter the "FBI") to adjudicate the adjustment of status application and process any and all background checks pursuant to the same, and in support thereof, we state as follows.

### INTRODUCTION

1.　This is a civil action brought by the Plaintiff to Compel the Defendant and those acting under him to take action on the subject application to adjust status to that of a lawful permanent resident (INS Form I-485) filed by Mr. Raed Alturk with USCIS/Department of Homeland Security and which Defendants and those acting under them have failed to take timely action on.

### JURISDICTION AND VENUE

2.　This court has jurisdiction over this action pursuant to 28 USC Sec. 1331 (federal subject matter jurisdiction) in conjunction with 28 USC Sec. 1361 (mandamus), the Administrative

Procedure Act 9APA) ( 5 USC Sec. 555 (b), and regulations implementing it (Title 8 of the CFR).

3.      Under 28 USC Sec. 1331, "(t)he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." There is jurisdiction under 28 Sec. 1361 (mandamus), the Administrative Procedure Act (APA) (5 USC Sec.555(b) and 5 USC Sec. 702), and the Immigration & Nationality Act (INA) and regulations implementing it (Title 8 of the CFR).

4.      Under 28 USC Sec. 1361, "(t)he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or aby agency thereof to perform a duty owed to the plaintiff."

5.      The APA requires USCIS and the FBI to carry out their duties within a reasonable time. The provision of the APA that provided this is 5 USC Sec. 555(b), which states that "(w)ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." USCIS and FBI are subject to 5 USC. Sec. 555(b). Mr. Raed Alturk contends that the delays in processing his applications for adjustment of status are unreasonable.

6.      Both the regulations and the INA provide numerous examples of duties owed by the USCIS in the adjustment of status process. 8 USC Sec. 1103 states that "the Attorney General shall be charged with the administration and enforcement of this chapter and all other laws relating to the immigration and naturalization of aliens."

7.      Venue of this action is proper under 28 USC Sec. 1391 (e) (3). The Defendants maintain their offices in this district and the USCIS Office in the district adjudicating the plaintiff's

applications.

## PARTIES

8.  Plaintiff is a citizen and native of Jordan who is married to Eenas Alturk, a U.S. born citizen. On or about January 28, 2005, Plaintiff filed his I-485 application to adjust status to that of a lawful permanent resident of the United States pursuant to 8 U.S.C. Section 1159, along with a Petition for Alien Relative which was filed concurrently. To date no final adjudication has been forthcoming. The application was filed with the local Chicago office of the U.S. Citizenship and Immigration Services, (hereinafter "USCIS"), Department of Homeland Security. (Formerly known as the Immigration and Naturalization Service).

9.  Defendant, Donald Ferguson, is sued in his official capacity. He is the Chicago District Director of USCIS.

10. That Robert Mueller is sued in his official capacity. The FBI is responsible for the proper background clearance conducted on each applicant for adjustment of status.

## FACTS

11. That Mr. Alturk is a citizen and native of Jordan. He was born on August 11, 1973. His wife was born in Metemora, Illinois.

12. That the Plaintiff's spouse, a U.S. Citizen filed a visa Petition, Form I-130 Petition for Alien Relative on behalf of Plaintiff, and concurrently Form I-485 Application to Adjust Status to Permanent Resident.

13. That along with his application to adjust status to that of a lawful permanent resident, Plaintiff received a fingerprint notice and was fingerprinted and scheduled for an interview.

14. That Plaintiff was interviewed pursuant to his adjustment of status application and since then no word has been forthcoming since the interview except that his "background check" remained pending.

15. Further, no proper communication was received relative to the same in terms of final adjudication.

16. That Plaintiff was previously married to Denise Williams on August 28, 1997 in Yonkers, New York and was subsequently divorced in June 16, 2004.

### REQUEST FOR RELIEF
(Unreasonable Delay)

17. The allegations contained in paragraphs 1 through 14 above are repeated and re-alleged as though fully set forth herein.

18. Mr. Alturk has complied with all of the requirements for filing his application to adjust status to permanent residency.

19. The Defendants have wilfully and unreasonably delayed and have refused to interview and/or adjudicate the I-485 application to adjust status to permanent residency.

20. The delay in adjudicating the application is not attributable to Mr. Alturk.

21. The Defendants owe Mr. Alturk a duty to adjudicate the adjustment of status application and has unreasonable failed to perform that duty. This duty os owed under the Immigration and Nationality Act regulations, as well as by the fact that by charging a filing fee, USCIS created for itself an obligation to process and adjudicate the application.

22. The delay is unreasonable per se. Furthermore the delay is unreasonable in light of the fact that USCIS has been unable to adequately respond to any of the Plaintiff's inquiries on his application.

23.     The delay in unreasonable in light of the fact that upon information and belief, as a result of the delay, Mr. Alturk will have to be fingerprinted again in order to have his application for adjustment of status adjudicated.

24.     By making numerous inquiries on the status of the application, the Plaintiff has exhausted any and all his administrative remedies that may exist. No other remedy exists to adjudicate the Plaintiff's application for adjustment of status.

**WHEREFORE,** in light of the foregoing, Plaintiff, Mr. Alturk, prays that the Court:

- A. Assume jurisdiction herein;
- B. Compel the Defendants and those acting under them to perform their duty or duties to interview and adjudicate the application for adjustment of status;
- C. Compel the Federal Bureau of Investigation to complete their background and fingerprint process.
- D. Grant such other and further relief, as the Court deems appropriate and just.

Respectfully Submitted,

Reem H. Odeh
Attorney for Plaintiff

Reem H. Odeh
Law Offices of Brodsky & Odeh
8 S. Michigan, Suite 3200
Chicago, Illinois 60603
312-701-3000
312-701-3088(fax)

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: | 08CV3145         TC |
|---|---|---|
| MSC-05-120-17015 | I-130 - Petition for Alien Relative | JUDGE KENNELLY |
| Received Date: January 28, 2005 | Priority Date: | Petitioner: ALTURK, EENAS | MAGISTRATE JUDGE |
| Notice Date: February 02, 2005 | Page 1 OF 1 | Beneficiary: A075921271 ALTURK, RAED | |

EENAS ALTURK
10528 RIDGE COVE DRIVE APT 13A
CHICAGO RIDGE  IL  60415

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $185.00 |

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5069231         0001813959         Form I-797C (Rev. 11/28/03) N

U.S. Department of Justice  
Immigration and Naturalization Service

OMB #1115-0054  
**Petition for Alien Relative**

| A# | DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY | |
|---|---|---|
| | Action Stamp | Fee Stamp |

**Section of Law/Visa Category**
- [ ] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A) Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview
- [ ] Pet. [ ] Ben. " A" File Reviewed
- [ ] Field Investigation
- [ ] 203(a)(2)(A) Resolved
- [ ] Previously Forwarded
- [ ] I-485 Filed Simultaneously
- [ ] 204(g) Resolved
- [ ] 203(g) Resolved

Remarks:

**A. Relationship** You are the petitioner; your relative is the beneficiary.

1. I am filing this petition for my:
   [X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child
2. Are you related by adoption?  [ ] Yes  [X] No
3. Did you gain permanent residence through adoption?  [ ] Yes  [X] No

**B. Information about you**

1. Name (Family name in CAPS) (First) (Middle)
   ALTURK    EENAS    KHALIL
2. Address (Number and Street) (Apt.No.)
   10528 RIDGE COVE DRIVE #13A
   (Town or City) (State/Country) (Zip/Postal Code)
   CHICAGO RIDGE, IL 60415
3. Place of Birth (Town or City) (State/Country)
   METEMORA    IL
4. Date of Birth (Month/Day/Year): 06/15/83
5. Gender: [ ] Male [X] Female
6. Marital Status: [X] Married [ ] Single [ ] Widowed [ ] Divorced
7. Other Names Used (including maiden name):
   MAHMOUD, EENAS KHALIL
8. Date and Place of Present Marriage (if married):
   06/24/04 CHICAGO, IL
9. Social Security Number (if any): 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
10. Alien Registration Number: N/A
11. Name(s) of Prior Husband(s)/Wive(s): HAMAD, RADI
12. Date(s) Marriage(s) Ended: 08/11/03

13. If you are a U.S. citizen, complete the following:
    My citizenship was acquired through (check one)
    [X] Birth in the U.S.
    [ ] Naturalization. Give certificate number and date and place of issuance.
    _____
    [ ] Parents. Have you obtained a certificate of citizenship in your own name?
    [ ] Yes. Give certificate number, date and place of issuance.  [ ] No

14a. If you are a lawful permanent resident alien, complete the following: Date and place of admission for, or adjustment to, lawful permanent residence and class of admission.

14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?
     [X] Yes  [ ] No

**C. Information about your relative**

1. Name (Family name in CAPS) (First) (Middle)
   ALTURK, RAED    AHMAD MUSTAFA
2. Address (Number and Street) (Apt. No.)
   10528 RIDGE COVE DRIVE #13A
   (Town or City) (State/Country) (Zip/Postal Code)
   CHICAGO RIDGE, IL 60415
3. Place of Birth (Town or City) (State/Country)
   AMMAN (JAWA) JORDAN
4. Date of Birth (Month/Day/Year): 08/11/73
5. Gender: [X] Male [ ] Female
6. Marital Status: [X] Married [ ] Single [ ] Widowed [ ] Divorced
7. Other Names Used (including maiden name): N/A
8. Date and Place of Present Marriage (if married):
   06/24/04 CHICAGO, IL
9. Social Security Number (if any): 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
10. Alien Registration Number: A075921271
11. Name(s) of Prior Husband(s)/Wive(s): WILLIAMS, DENISE
12. Date(s) Marriage(s) Ended:

13. Has your relative ever been in the U.S.? [X] Yes [ ] No
14. If your relative is currently in the U.S., complete the following:
    He or she arrived as a:
    (visitor, student, stowaway, without inspection, etc.)
    _____
    Arrival/Departure Record (I-94): 420-1647550 5
    Date arrived (Month/Day/Year): 4/27/97
    Date authorized stay expired, or will expire, as shown on Form I-94 or I-95: 5/26/97
15. Name and address of present employer (if any)
    Date this employment began (Month/Day/Year)
16. Has your relative ever been under immigration proceedings?
    [ ] No  [ ] Yes  Where _____ When _____
    [ ] Removal  [ ] Exclusion/Deportation  [ ] Recission  [ ] Judicial Proceedings

INITIAL RECEIPT    RESUBMITTED    RELOCATED: Rec'd    Sent    COMPLETED: Appv'd    Denied    Ret'd

Form I-130 (Rev. 06/05/02) Y

C. Information about your alien relative (continued)

17. List husband/wife and all children of your relative.

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| RAED AHMAD ALTURK | HUSBAND | 8/11/73 | JORDAN |
| | | | |
| | | | |
| | | | |

18. Address in the United States where your relative intends to live.

(Street Address) 10528 RIDGE COVE DRIVE   (Town or City) CHICAGO RIDGE   (State) IL

19. Your relative's address abroad. (Include street, city, province and country)

JAWA - AMMAN (11621) P.O. BOX 265 JORDAN   Phone Number (if any)

20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.

(Name) رائد احمد محمد الترك   Address (Include street, city, province and country): ____

21. If filing for your husband/wife, give last address at which you lived together. (Include street, city, province, if any, and country):

20 BOWLING GREEN PLACE FLOOR 1
STATEN ISLAND, NY 10314

From: (Month) (Year) 07/04
To: (Month) (Year) 08/04

22. Complete the information below if your relative is in the United States and will apply for adjustment of status
Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the office of the Immigration and Naturalization Service in CHICAGO, IL . If your relative is not eligible for adjustment of status, he or she
                                            (City)         (State)
will apply for a visa abroad at the American consular post in _____
                                                             (City)            (Country)
NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

D. Other information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

2. Have you ever filed a petition for this or any other alien before?  ☐ Yes  ☐ No
If "Yes," give name, place and date of filing and result.

WARNING: INS investigates claimed relationships and verifies the validity of documents. INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

PENALTIES: By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

YOUR CERTIFICATION: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

E. Signature of petitioner.
Eenas Alturk                Date _____   Phone Number 708-671-1944

F. Signature of person preparing this form, if other than the petitioner.
I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name _____   Signature _____   Date _____

Address _____   G-28 ID or VOLAG Number, if any. _____

Form I-130 (Rev. 06/05/02) Y Page 2

# IMPORTANT INFORMATION – SAVE THIS MAILER

Use this section to speed your application for an extension or replacement card (see below). Do Not Bend or Fold This Cut-off Section.

ALTURK, RAED M
10528 RIDGE COVE DRIVE 13A
CHICAGO RIDGE, IL 60415

08CV3145          TC
JUDGE KENNELLY
MAGISTRATE JUDGE

A# 075-921-271

✂ (Do not Bend or Fold This Cut-off Section)

Form I-797D (Rev.9-30-04)



U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services
**EMPLOYMENT AUTHORIZATION CARD**
The person identified is authorized to work in the U.S. for the validity of this card
NAME  ALTURK, RAED M
A# 075-921-271
CARD # LIN0810250254
Birthdate   ART Category   Sex
08/    /    08              M
Country
Jor...
Terms and Conditions
None
NOT VALID FOR REENTRY T
CARD VALID FROM 04/25/08  EXPIRES 04/24/09

## Your Application Has Been Approved.

Here is your new card. The expiration date is shown on the front.

### Please Check Your Card to Verify That the Information Is Correct.

If you find an error on it, please call us at the telephone number provided below.

### Please Protect Your Card.

### Please Read the Back of This Notice.

It has important information. We also recommend that you keep this notice for your records.

USCIS has a guide for new Permanent Residents called *Welcome to the United States: A Guide for New Immigrants*. It has important information about your rights and responsibilities. The guide is available in English and 10 other languages at http://www.uscis.gov.

If you ever have questions about immigration benefits and procedures, or wish to have an application mailed to you, please call our USCIS National Customer Service Center at **1-800-375-5283,** or check our website at **http://www.uscis.gov.**

P.O. Box 82521
Lincoln, NE 68501-2521

USCIS Nebraska Service Center

Phone Number 1-800-375-5283

Date 04/17/08

A# 075-921-271

Receipt # LIN0810250254

ALTURK, RAED M
10528 RIDGE COVE DRIVE 13A
CHICAGO RIDGE, IL 60415



U.S. Citizenship and Immigration Services



U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

Tuesday, July 31, 2007

RAED ALTURT
10528 RIDGECOVE DR UNIT 13A
CHICAGO RIDGE IL 60415

Dear Raed Alturt:

On 07/31/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/15/2005 |
| **Receipt #:** | MSC-05-120-17012 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. If you do not receive a decision or other notice of action from us within 3 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 07-31-2007 04:14 PM EDT - MSC-05-120-17012

U.S. Citizenship and Immigration Services — I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | NOTICE DATE: July 11, 2005 |
| CASE TYPE: FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#: A 075 921 271 |
| APPLICATION NUMBER: MSC0512017012 | RECEIVED DATE: January 28, 2005 | PRIORITY DATE: January 28, 2005 | PAGE: 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
RAED M ALTURK
10528 RIDGE COVE DRIVE APT 13A
CHICAGO RIDGE IL 60415

PLEASE COME TO: U.S. Citizenship and Immigration Services
230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604
5

ON: Tuesday, October 25, 2005
AT: 01:00 PM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

### Who should come with you?
- If your eligibility is based on your marriage, your husband or wife **must** come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: **Every** adult who comes to the interview **must** bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

### What MUST you bring?
- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring **all** your Passports and **any other** documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring **all** documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring **all** immigration-related documentation ever issued to you.
- Bring both **originals** and **photocopies** of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for **each** document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

### What else should you bring?
- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate **and** your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for **each** of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate **and** your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, **all** divorce decrees/death certificates for **each** prior marriage/former spouse;
  - Birth Certificates for **all** children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) **and** vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns **and** W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay **and** average weekly hours, **and** bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with **all** required evidence, including the following for **each** of your sponsors:
  - Federal Income Tax returns **and** W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay **and** average weekly hours, **and** pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for **each** arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT**, even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

APPLICANT COPY



Form I-797C (Rev. 08/31/04) N