*MHN*

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Raed Alturk

| | |
|---|---|
| CASE NUMBER: | 08 cv 3145 |
| ASSIGNED JUDGE: | Kennelly |
| DESIGNATED MAGISTRATE JUDGE: | Schenkier |

V.

Donald Furguson as Interim Director of the
Department of Homeland Security, Chicago
District Office and Robert Mueller Director FBI.

TO: (Name and address of Defendant)

U.S. Attorney
219 S. Dearborn St
5th Floor
Chicago IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brodsky & Odeh
8 S. Michigan Ave
Suite 3200
Chicago IL 60603

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Cervantes*

-----------------------------------------
(By) DEPUTY CLERK

**June 2, 2008**
=========================
Date



AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-2-08 |

| NAME OF SERVER *(PRINT)* Joel Brodsky | TITLE Attorney |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:

219 S. Dearborn, Chicago IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**FILED**
6-4-2008
JUN 0 4 2008  TC

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6-2-08
              Date              Signature of Server

Address of Server

**BRODSKY & ODEH**
**EIGHT S. MICHIGAN AVE.,**
**SUITE 3200**
**CHICAGO, IL 60603**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.