# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3145 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Alturk vs. Ferguson, et al. | | |

**DOCKET ENTRY TEXT**

The case is set for an initial status hearing on 8/28/08 at 9:30 a.m. Plaintiffs' counsel is directed to advise defendants or defendants' counsel of the hearing date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|